IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 FEB 26  PM 5:01
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| FULCRUM CREDIT PARTNERS LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-10-CA-137-LY |
| | § | |
| STRATEGIC CAPITAL | § | |
| RESOURCES, INC., | § | |
| DEFENDANT. | § | |

## ORDER ON MOTION REQUESTING TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiff Fulcum's Verified Application for Temporary Restraining Order, Temporary Injunction, and Protective and Confidentiality Order filed February 26, 2010 (Doc. #3). A hearing on the application for temporary restraining order was held before the Court on February 26, 2010. Having considered Plaintiff's Motion Requesting Temporary Restraining Order, along with the affidavits in support and in response to the application and the argument of counsel, the Court is of the opinion that the application for temporary restraining order should be denied. *See* FED. R. CIV. P. 65(b).

**IT IS THEREFORE ORDERED** that Plaintiff Fulcum's Verified Application for Temporary Restraining Order filed February 26, 2010 (Doc. #3) is **DENIED**.

**IT IS FURTHER ORDERED** that the above entitled and numbered cause is set for hearing on Plaintiff Fulcum's Verified Application for [Preliminary] Injunction and Protective and Confidentiality Order filed February 26, 2010 (Doc. #3) on **Tuesday, March 2, 2010, at 9:00 a.m.**

SIGNED this 26th day of February, 2010.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE