IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUN - 9 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY CLERK

| | |
|---|---|
| FULCRUM CREDIT PARTNERS LLC, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-10-CA-137-LY |
| § | |
| STRATEGIC CAPITAL § | |
| RESOURCES, INC., § | |
| DEFENDANT. § | |

## VERDICT FORM

**QUESTION ONE**

Do you find from a preponderance of the evidence that by the e-mails of February 3 and 4, 2010, the parties reached an agreement that included the "Standard Terms and Conditions" submitted by Fulcrum to Strategic on October 14, 2009, whereby Strategic would sell and Fulcrum would buy the TOUSA claims?

Please answer "Yes" or "No."

Answer: _yes_____

Please proceed to the next question.

Answer this Question only if you answered "Yes" to Question One. Otherwise, do not answer the following question.

**QUESTION TWO**

Do you find from a preponderance of the evidence that Strategic failed to comply with the agreement?

Please answer "Yes" or "No."

Answer: _yes_

Please proceed to the next question.

Answer this Question only if you answered "Yes" to Question One and Question Two. If you answered "No" to Question One or Question Two, please stop and your Presiding Juror will sign the Verdict Form.

**QUESTION THREE**

What do you find from a preponderance of the evidence to be the amount of money, if any, if paid now in cash, that would fairly and reasonably compensate Fulcrum for its damages, if any, that resulted from such failure to comply?

Answer in dollars and cents, if any.

$ <u>1.27 million</u>

Please continue to the next page.

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence, as instructed.

Submitted the \_\_\_ninth\_\_\_ day of June, 2011 at 2:50 o'clock p.m.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

PRESIDING JUROR