IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 AUG 24  AM 9: 55
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| FULCRUM CREDIT PARTNERS LLC, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-10-CA-137-LY |
| § | |
| STRATEGIC CAPITAL § | |
| RESOURCES, INC., § | |
| DEFENDANT. § | |

## AMENDED FINAL JUDGMENT

On June 6, 2011, the Court called the above-styled and numbered cause for trial. After the parties announced ready for trial, the Court empaneled jury of eight legally qualified jurors, who heard the evidence and arguments of counsel. After the Court read the Jury Charge and the jury questions in the Jury Verdict Form to the jury in open court, the case was submitted to the jury on June 9, 2011. The jury returned a verdict on that same date, which was received by the Court and entered into the record. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Fulcrum Credit Partners LLC shall recover from Defendant Strategic Capital Resources, Inc. damages in the amount of **$1,270,000**.

**IT IS FURTHER ORDERED** that Plaintiff Fulcrum Credit Partners LLC shall recover prejudgment interest in the amount of **$83,331.63**.

**IT IS FURTHER ORDERED** that Plaintiff Fulcrum Credit Partners LLC shall recover the sum of **$520,700** for attorney's fees prior to this Amended Final Judgment and

**$150,000** for conditional attorney's fees to be added in the event that Defendant Strategic Capital Resources, Inc. unsuccessfully appeals.

**IT IS FURTHER ORDERED** that Plaintiff Fulcrum Credit Partners LLC shall recover postjudgment interest on the total amount awarded, including actual damages, attorney's fees, costs, and prejudgment interest, at the rate of **0.18%** per annum from the date of this Final Judgment until paid.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**, except for any motion for attorney's fees filed pursuant to Rule 54 of the Federal Rules of Civil Procedure and Rule CV-7 (i) of the Local Rules of the Western District of Texas.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this _24th_ day of August, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE